In the Matter of JOHN H. McQUADE et al., Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents. (Two Proceedings.)

Argued August 18, 1950; decided August 18, 1950.

*Max M. Bernstein* and *Sidney Squire* for appellants.

*Charles Kleinberg* and *Jule L. Maisel,* in person, respondents.

*John P. McGrath, Corporation Counsel (Beatrice Dunn* of counsel), for Board of Elections of the City of New York, respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, FULD and FROESSEL, JJ. Taking no part: DYE, J.